IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | | Chapter 11 |
| IN RE: | : | |
| | : | |
| TRIBUNE MEDIA COMPANY, ET AL., | : | Case No. 08-13141 (KJC) |
| | : | BAP No. 16-32 |
| Debtors. | : | |
| | : | |
| ROBERT HENKE, | : | C.A. No. 16-424 GMS |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| TRIBUNE MEDIA COMPANY, | : | |
| | : | |
| Appellee. | : | |

ORDER

At Wilmington this __23rd__ day of August, 2016, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 14);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **September 23, 2016.**

_____
UNITED STATES DISTRICT JUDGE